```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/16/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
:
:
:
*In Re: White Rock Insurance (SAC) Ltd.*      :        23-mc-266 (LJL)
:
:                     ORDER
:
:
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

  Petitioner White Rock Insurance (SAC) Ltd. ("Petitioner") moves to file under seal certain portions of its Application and Petition for an Order to Conduct Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782 (the "Application"), "[b]ecause the parties to the proceedings before the Bermuda Supreme Court have requested that the information in connection with that proceedings be filed under seal and treated as confidential." Dkt. No. 2 at 2. However, Petitioner has not provided any information to support that the proposed sealed portions of the Application are, in fact, confidential, that their disclosure would cause any form of harm, that the Bermuda Supreme Court or the parties to that proceeding have kept the information confidential, or that requiring the information to be filed publicly would cause any offense to international comity or impair the foreign proceeding. Without more, Petitioner cannot overcome the right to public access of court records.

  Accordingly, Petitioner's motion to file certain portions of the Application under seal is DENIED without prejudice to renewal upon the submission of additional evidence to support the motion.

  SO ORDERED.

Dated: August 16, 2023
   New York, New York

                   _____
                     LEWIS J. LIMAN
                    United States District Judge